MD 1

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2014 MAY 22 P 12:33

AIS 256161

Jerry Boteler
DEBRA P. HACKETT, CLK

_____
Full name and prison name of
Plaintiff(s)

v.

Werden Reno
Masone, + Warden
Sandra giles
_____
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-CV-382-MEF-T
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) Jerry Boteler

   Defendant(s) officer Townsend

2. Court (if federal court, name the district; if state court, name the county)
   US District court
   Middle District

3. Docket number **2:14-cv-204-MEF**
4. Name of judge to whom case was assigned **Terry F Moorer**
5. Disposition (for example; was the case dismissed? Was it appealed? Is it still pending?) **Pending**
6. Approximate date of filing lawsuit **3/24/14**
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Bullock**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock correctional facilty**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS **AL 36089** |
|---|---|---|
| 1. | Rena Mason | PO Box 5107 Union Springs |
| 2. | Sandra Giles Warden | same address ↑ |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
**from Dec 15 Through 5-3-2014**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Cruel + unusual punishment - My 8th Amendment Right deliberate Indifference**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I'v Ben in Segregation At Bullock since Nov. 28 2013 About The middle of December The officers have ben Taking My Mattress At 7:00 AM And Keep it Till 5:00 PM I have A Bad medical proublm with My Back so sevear I'm schelged To have Sugery This Month The Removal of my Matress forces Me To Lay on The concreate floor Whitch has Ben causing Me Extream Pain All The staff here at Bullock have ben made Aware of This My Medical Records here Show

SUPPORTING FACTS: My condition But They haven't Stopped Taking My Matteres This has ben happining for 6 months Now I'm Also Mental Health Leval 2 & suffer several mental problims This small cell & constant Noies is making Me crazy. I'v Allredy Attempted Suicide Twice in past because of This constent Pain This is Taking place At Bullock correctional facility

GROUND THREE:

SUPPORTING FACTS: American Correctional Assn. Standerd 4Th ed for Adult Correctional Institutions Standerd 3-4263 2003 Requires That All Inmates in seg Recive Bedding

This is A Violation of The 8Th Amendment Cruel & unushual punishment deliberate Indifference

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Award me A little Compinsation for physical + Mental pain + suffering $20,000

*Jerry Boteler* 256161
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-4-2014
(Date)

*Jerry Boteler* 256161
(Signature of plaintiff(s))

Jerry BoTEler AIS 256151
PO Box 5107
Union Springs AL, 36089

Bullock
B1-18A Prison

MONTGOMERY AL 360
21 MAY 2014 PM 2 L

LEGAL MALE

Office of The Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, AL 36104-4018

3610440180I