IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERRY BOTELER, #256161, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:14cv382-WHA ) |
| RENE MASON, et al., | )                    (WO) ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14), entered on September 3, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to comply with the orders of the court and failure to properly prosecute this action. Final Judgment will be entered accordingly.

DONE this 24th day of September, 2014.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE